No. 92–9203.  AGRON *v.* CLINTON, PRESIDENT OF THE UNITED STATES, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 92–9204.  CHRISTIANSEN *v.* CLINTON, PRESIDENT OF THE UNITED STATES, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 92–9205.  BERTRAM *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 92–9206.  BRADY *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 92–9207.  ALLUM *v.* VALLEY BANK OF NEVADA ET AL.  Sup. Ct. Nev.  Certiorari denied.

No. 92–9208.  JOHNSON *v.* ENGLISH ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 92–9209.  JOHNSON *v.* SIGISMONTI ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 92–9210.  HARRIS *v.* MCCAUGHTRY, WARDEN, ET AL.  Ct. App. Wis.  Certiorari denied.

No. 92–9211.  GRANDISON, AKA TARIQ *v.* FEDERAL BUREAU OF PRISONS ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 92–9212.  HARVEY *v.* SMITH, JUDGE, UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 92–9213.  THORNTON *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 92–9214.  WILLIS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 92–9215.  WRIGHT *v.* DUTTON, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 92–9216.  KENNY *v.* BORGERT, WARDEN.  C. A. 6th Cir.  Certiorari denied.